UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OSCAR CHAYANNE ORTIZ CARRENO,

           Plaintiff,

    v.

EDGEWATER HOTEL ET AL.,

           Defendants.

Case No. C26-0250-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* ("IFP"), Dkt. 1, is deficient.  He does not disclose his date of last employment or the total amount of his last net monthly salary.  *See* Dkt. 1 at 1.  He reports no money in accounts, and it is not clear how he is meeting his reported monthly expenses, which total $1,550.00.  *See id.* at 2.

The Court cannot assess Plaintiff's application for IFP as written.  Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order.  He must provide complete and detailed financial information, including details on his prior salary, and any further

MINUTE ORDER - 1

helpful information on why he cannot pay his filing fee.  Failure to comply with this Order may result in denial of IFP or dismissal of the case.

Dated this 28th day of January, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2