UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR CHAYANNE ORTIZ CARRENO,<br><br>Plaintiff,<br><br>v.<br><br>THE EDGEWATER HOTEL ASSOCIATES, LLC and BEN HERTEL,<br><br>Defendants. | CASE NO. 2:26-cv-00250-JHC<br><br>ORDER |

The Court has dismissed Plaintiff Oscar Chayanne Ortiz Carreno's complaint. *See* Dkt. # 16. Though Plaintiff did not request leave to amend, the Court so granted. *See id.* at 2–3 (citing *Bacon v. Woodward*, 104 F.4th 744, 753 (9th Cir. 2024)). Plaintiff has not amended his complaint. Therefore, the Court DISMISSES the action without prejudice and DIRECTS the Clerk to close the case.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

//

//

Dated this 21st day of August, 2026.

John H. Chun
United States District Judge